E. R. WHEELER AND OTHERS, *vs.* THE STATE, USE OF ADM'RS OF AQUILA BATEMAN.—*December* 1848.

In an action of debt, an appeal will not lie from a judgment on a demurrer, without waiting for the final judgment, after ascertainment of damages, upon a replication assigning breaches of the condition of a bond declared upon.

APPEAL from *Charles* county court.

This was an action of *debt*, brought on the 30th June 1846, by the appellee against the appellant.

Carroll *vs.* Bowie.—1848.

The defendants pleaded to the plaintiff's declaration, and he rejoined, assigning, breaches of the condition of the bond declared on. The defendants then demurred generally, in which the plaintiff joined. The county court adjudged the replication of the plaintiff, good and sufficient in law to maintain the action, from which the defendants appealed to this court.

The cause was argued before DORSEY, C. J., MARTIN and FRICK, J.

By REEDER for the appellants.

DORSEY, J., delivered the opinion of this court.

The appeal in this case must be dismissed, as prematurely taken. Instead of waiting until the inquisition was taken, and a final judgment rendered in the cause, the appellants appealed from the interlocutory judgment of the county court overruling their demurrer. From the final judgment in the cause, no appeal has been prayed.

APPEAL DISMISSED WITH COSTS.